Harriet Kowbel, Plaintiff, v. Guy A. Richardson et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 41,440.

Heard in third division, first district, this court; opinion filed June 25, 1941. George N. Welsh, for appellant; Frank L. Kriete, Thomas M. Morris and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel. Opinion by JUSTICE DENIS E. SULLIVAN. "Not to be published in full."